# Information and Resources Used by Antonio R. Sarabia II in Preparation of His Declaration

Saegis

McCarthy on Trademarks

Lexis

Dialog

ALR

U.S. Code Annotated

Quality Packaging v. Snack Club Pleadings:

    Complaint

    Answer

    Motion for Summary Judgment

    Snak Club's Response to Plaintiff's Special Interrogatories Set One

    Quality Packaging's Response to Snak Club's Special Interrogatories Set One

    Quality Packaging's Response to Snak Club's Special Interrogatories Set Two

Mozingo (and changes), Freitas (and changes) and Morshed Depositions (with Exhibits)

Quality Packaging v. Snack Club Documents Produced - Snack Club Financial Information

Color copies of Nature Kist packaging

Visits to retail stores

Information from Nancy Freitas and R. Mozingo

Telephone calls with R. Bowles, K. Trujillo and N. Freitas

California Department of Finance Demographic Research Unit



EXHIBIT "A"

Google

KnowX

Dunn & Bradstreet

**ANTONIO R. SARABIA II**
3463 TANGLEWOOD LANE
ROLLING HILLS ESTATES, CA 90274
FAX: (310) 377 5039
PHONE: (310) 377 5171
asarabia@cox.net

**R E S U M E**

EXPERIENCE

1994 - Present   **Private Practice**

Emphasis on: international intellectual property, including trademarks, service marks, copyrights and infringements; and apparel industry transactions, including domestic and international contracts. Plan intellectual property protection using civil, criminal and administrative remedies. Preparation of license, distribution and import agreements.

1992 - 1993   **Licensing and Trademark Counsel**

1984 - 1992   **General Counsel**

Attorney and part of the Senior management of Guess?, Inc., a major international apparel company, with annual revenues of over $450 million. Plan and establish company policies in numerous areas including trademarks, copyrights, trade secret protection, personnel, business contracts and litigation. Confer with and advise the Board of Directors on a wide range of matters.

Creation of an international program to control counterfeiting, diversion and unauthorized sales of garments: a variety of remedies were used, such as civil seizure orders and felony and misdemeanor arrests of counterfeiters in many jurisdictions. An extensive network of personal contacts was established including governmental authorities, prosecutors, police and investigators in many countries.

The trademark and copyright work involved reviewing the business and licensing objectives of the company and tailoring a plan of worldwide trademark and copyright applications and registrations to the needs of the company. This included: filing over 2,400 trademark applications and numerous oppositions in a variety of classes in over 100 countries; selection and control of foreign associates; monitoring trademark watch services; and directing related national and international investigations and litigation. Significant victories were achieved in trademark issues in a variety of courts including the Korean Supreme Court and the Indonesian Supreme Court.



EXHIBIT "B"

Nine years of experience in negotiating and writing international distribution agreements and trademark licenses with a variety of countries worldwide such as Argentina, Australia, Brazil, Canada, Chile, Canada, Hong Kong, Japan, Korea and Mexico; monitoring and coordinating compliance with the licenses and agreements.

Counsel management in legal and administrative compliance in United States and overseas, including laws applicable to the garment industry, labor laws, U.S. customs requirements and antitrust. Work closely with senior managers in all departments including sales, production, import, export, trim, and piece goods. Recommend, plan and supervise business litigation; determine appropriate remedies and review of all pleadings, correspondence and settlement agreements.

Negotiate, prepare and review contracts for all phases of the apparel business, including foreign manufacturing, purchasing agents, sewing and cutting, fabric purchase, distribution agreements, buy/sell agreements, employment agreements, secured loan agreements and guarantees.

Perform general corporate work (e.g., preparation of minutes, presentations to board of directors).

1980 - 1984 **Associate**
   Ball, Hunt, Hart, Brown and Baerwitz

At this major Los Angeles law firm responsibilities included working with clients and addressing their various legal problems. Diversified experience in civil and business litigation, including trials by judge, discovery, writs, appearances before regulatory agencies; commercial and real estate transactions.

1979 - 1980 **Associate**
   Jack Heller and Associates, Realtors
   A commercial real estate company.

1978 - 1979 **Associate**
   Forster, Gemmill & Farmer, a law firm.

EDUCATION
University of Chicago Law School, J.D. June 1978
Occidental College, Los Angeles, A.B. 1974 (magna cum laude),
   Philosophy; Phi Beta Kappa
New Trier East High School, Winnetka, Illinois, 1970

BAR MEMBERSHIPS
Supreme Court of California
United States Court of Appeals for the Ninth Circuit
United States Federal District Court for the Central, Eastern,
   Northern and Southern Districts of California
United States Tax Court

OTHER ACTIVITIES

Participant in drafting revisions to California criminal trademark anti-counterfeiting statute.

Founding Member of the Western Anti-counterfeiting Coalition, which is a group of over 20 major companies which coordinate their anti-counterfeiting actions.

Testimony in civil and criminal, state and federal cases on legal and factual issues related to trademark infringement.

## Publications in the last 10 years:

"Google Blithely Ignores Legal Rights of Trademark Holders," in <u>Los Angeles Daily Journal</u>, November 25, 2004.

Chapter 58, "Victim Restitution," in <u>California Criminal Law Procedure and Practice</u> (Seventh Edition, 2004).

"Shared Weight," in <u>Los Angeles Daily Journal</u>, September 25, 2003.

"Do Not Confuse Criminal and Civil Subpoeanas Duces Tecum," in <u>Los Angeles Daily Journal</u>, October 16, 2002 (co-author with William Kopesky).

Chapter 58, "Victim Restitution," in <u>California Criminal Law Procedure and Practice</u> (Sixth Edition, 2002).

"Restitution Bind - The Harvest Court Performed Legal Gymnastics and Ignored Precedent," in <u>Los Angeles Daily Journal</u>, September 5, 2001.


EXHIBIT "C"