UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY PACKAGING, INC., | No. C-03-5240 SI (EMC) |
| Plaintiff, | |
| v. | **ORDER RE MEET AND CONFER** |
| SNAK CLUB, | |
| Defendant. | |

The Court has received the letters regarding disputes over the wording of the settlement agreement. The parties are hereby ordered to meet and confer to work out as many of the disputes as possible, reserving for this Court the material terms which the parties are absolutely unable to resolve. The Court does not intend to act as the parties' scrivener.

After the meet and confer, the parties shall jointly submit a *single* draft of the proposed agreement. (It is not acceptable for the parties to submit two versions with multiple cross-references as they have done). Where there are wording differences, the Plaintiff's version shall be in bold, the Defendant's in italics. Said joint draft shall be submitted by facsimile no later than August 4, 2005.

IT IS SO ORDERED.

Dated: July 26, 2005

EDWARD M. CHEN
United States Magistrate Judge